# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN F. CHANDLER,<br>[DOB: 11/12/1990]<br><br>        Defendant. | No. 19-5062-01-CR-SW-MDH<br><br>18 U.S.C. § 1711<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>Mandatory Order of Restitution<br>$100 Special Assessment<br>(per count of conviction) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT**:

On or about January 1, 2019, and continuing through on or about July 8, 2019, said dates being approximate, in Jasper County, within the Western District of Missouri, the defendant, **RYAN F. CHANDLER**, at all relevant times being an officer and employee of the United States Postal Service, did knowingly, willfully, and intentionally embezzle and convert to his own use, without authorization under law, money and property of a value in excess of $1,000 that came under his control in the execution and under color of his office, employment and service with the United States Postal Service, to wit: United States currency, in violation of Title 18, United States Code, Section 1711.

                                                          Respectfully submitted,
                                                          TIMOTHY A. GARRISON
                                                          United States Attorney

                                                          /s/ Casey Clark
                                                          _____
                                                          CASEY CLARK
                                                          Assistant United States Attorney

DATED:    December 30, 2019
                    Springfield, Missouri